In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-019 CV


____________________



IN RE HEALTHMARK PARTNERS, L.L.C., AND 


GULF HEALTHCARE CENTER, PORT ARTHUR






Original Proceeding






 MEMORANDUM OPINION 


 On January 11, 2006, Healthmark Partners, L.L.C., and Gulf Healthcare Center,
Port Arthur, filed this petition for writ of mandamus. We requested a response from the
real party in interest. On January 30, 2006, the relators filed a motion to dismiss the
petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED.

 PER CURIAM

Opinion Delivered February 9, 2006 

Before Gaultney, Kreger and Horton, JJ.